THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Thomas Lee
 Coleman, Respondent,
 v.
 State of South Carolina, Petitioner.
 
 
 

On Writ of
 Certiorari

Appeal From Jasper County
 John C. Few, Circuit Court Judge
Memorandum Opinion No.  2008-MO-040
Submitted September 18, 2008  Filed
 September 22, 2008  
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Attorney
 General Henry Dargan McMaster, Chief Deputy John W. McIntosh, Assistant Deputy
 Attorney General Salley W. Elliott, and
 Assistant
 Attorney General Matthew J. Friedman, all of Columbia, for Petitioner.
 Appellate
 Defender Robert M. Pachak, of South Carolina Commission on Indigent Defense,
 Division of Appellate Defense, of Columbia, for Respondent.
 
 
 

PER CURIAM:  After careful consideration of the
 appendix and briefs, the writ of certiorari is 
DISMISSED
 AS IMPROVIDENTLY GRANTED.
TOAL,
 C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.